**E-FILED: 10/26/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Stephania Benemie, et al.* | CASE NO. CV 09-7870-GHK (MANx) |
| **Plaintiff,** | JUDGMENT |
| v. | |
| *Countrywide Home Loans, Inc., et al.* | |
| **Defendants.** | |

Pursuant to the Court's June 21, 2010, July 28, 2010, and October 26, 2010 Orders, IT IS HEREBY ADJUDGED that Stephania Benemie and Maury D. Benemie's ("Plaintiffs") claims against Defendants Countrywide Home Loans, Inc. and Bank of America, N.A. are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: October 26, 2010

_____
GEORGE H. KING
United States District Judge